IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

                CASE #13-40527-7

BRINCKMAN, TAMARA LYNN

        Debtor.

**NOTICE OF CONSTITUTIONAL CHALLENGE TO
DEBTOR'S CLAIMED EXEMPTION OF EARNED INCOME CREDIT**

COMES NOW the Trustee, Darcy D. Williamson, and pursuant to Federal Rule of Civil Procedure 5.1 and Federal Rule of Bankruptcy Procedure 9005.1, hereby gives notice of the trustee's challenge of the constitutionality of Senate Bill No. 12 passed by the Kansas Legislature on April 14, 2011, published in Kan. Reg. 2011 p. 434. In support thereof, the trustee asserts:

    1. Due to the debtor's claim of exemption utilizing this statute, the State is not included as a party, nor are any of its agencies, officers, or employees.

    2. Pursuant to Federal Rule of Civil Procedure 5.1 (a)(2), notice is further given to Derek Schmidt, Kansas Attorney General.

    3. Pursuant to Federal Rule of Civil Procedure 5.1 (c), the State Attorney General may intervene within sixty (60) days after the notice is filed or after the Court certifies the challenge, whichever is earlier.

    WHEREFORE, the trustee gives appropriate notice.

                                          s/ Darcy D. Williamson
                                          DARCY D. WILLIAMSON, Trustee
                                          Attorney # 11337
                                          510 SW 10th Avenue
                                          Topeka KS 66612
                                          (785) 233-9908
                                          trustee@ddwlaw.kscoxmail.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **NOTICE OF CONSTITUTIONAL CHALLENGE TO DEBTOR'S CLAIMED EXEMPTION OF EARNED INCOME CREDIT** was served on parties in interest **via certified mail** and was previously be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

BRINCKMAN, TAMARA LYNN, 6680 MAPLE CT., , , MERIDEN, KS 66512
Derek Schmidt, Kansas Attorney General, memorial Hall, 120 SW 10th Ave., 2nd Fl., Topeka, KS 66612

<u>s/ Darcy D. Williamson</u>
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
510 SW 10th Avenue
Topeka KS 66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com